UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

07 CV 2657

JUDGE COTE

---------------------------------------------------------------x

SOLENGO CAPITAL ADVISORS ULC,

Plaintiff,

v.

DEALBREAKER, ELIZABETH SPIERS, JOHN CARNEY, BESS LEVIN, JOHN DOE AND JANE DOE,

Defendant.

---------------------------------------------------------------x

Index. No.

**RULE 7.1 DISCLOSURE STATEMENT**

APR 0 2 2007

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Solengo Capital Advisors ULC states that it does not have a parent corporation, and no publicly held corporation owns 10 percent or more of its stock.

Dated: April 2, 2007
New York, New York

Respectfully submitted,

SOLENGO CAPITAL ADVISORS ULC

By its attorneys,

KOBRE & KIM LLP

By: _____
Michael S. Kim (MK-0308)
Jonathan D. Cogan (JC-4474)
Leif T. Simonson (LS-5915)
800 Third Avenue
New York, New York 10022
Telephone: 212.488.1200
Facsimile: 212.488.1220