

# Receipt

**Library of Congress**
**Copyright Office**
101 Independence Avenue SE
Washington, DC 20559-6000

No. **187405**

Date **3.30.07**

## Received

- ☐ Not examined in information section
- Form(s) **1 TX**
- Number of copies **one**
- Type of deposit copies **printout**
- Document(s)
- Cover letter
- Other enclosures
- Refer to

## Services

- ☐ Search
- ☐ Photocopies
- ☐ Additional certificates
- ☐ Certifications
- ☐ Secure text exam
- ☐ Transfer to photoduplication
- ☐ Other (specify)

## Method of Payment

- ☐ Cash
- ☐ Check
- ☐ Money order
- ☐ Deposit acct #: _____ Amount: _____
- ☑ Credit card  Type **AE**  Auth #: **542220**  Amount: **$45.00**

- ☐ No Fee
- ☐ Fee to be determined
- ☐ For connection
- ETN:

**Total Payment:** $ **45.00**

**Received from** Justin V. Shur

**Address** c/o Kobre & Kim
1050 Conn. Ave. NW DC 20036

**Representing**

Phone

**Received for the Register of Copyrights by** Pga Miller

**Title** Solengo Capital: A New Approach to Commodities

... and **two** others

**Notes**

SEE REVERSE FOR IMPORTANT INFORMATION

c-38  06/2004 – 15,000  Printed on recycled paper