# KOBRE & KIM LLP

800 THIRD AVENUE
NEW YORK, NEW YORK 10022
TEL 212.488.1200
FAX 212.488.1220

NEW YORK
WASHINGTON, D.C.

WWW.KOBREKIM.COM

1050 CONNECTICUT AVENUE, NW
WASHINGTON, D.C. 20036
TEL 202.664.1900
FAX 202.664.1920

March 28, 2007

**BY E-MAIL**

Bess Levin
DealBreaker.com
Dead Horse Media
262 Mott Street, Suite 102A
New York, New York 10012

    Re:     **Solengo Capital**

Dear Ms. Levin:

    We write on behalf of our client, Solengo Capital, to follow up on the issues we raised during our telephone conference this afternoon. As discussed, it has come to our attention that you are currently posting on your website, dealbreaker.com, a copy of an Offering Memorandum from Solengo Capital along with associated commentary.

    The posting of this Offering Memorandum violates applicable copyright laws. It has been posted without Solengo's permission and its public disclosure is illegal and improper. In any event, it contains confidential information that is proprietary in nature about the company's future plans. In addition, the associated commentary is defamatory and damaging to the reputation of Solengo Capital and its principals. Accordingly, we demand that you remove this posting from your website immediately. If you do not remove the Offering Memorandum and associated commentary immediately, Solengo Capital may be forced to go to court in order to protect itself from the irreparable damage being caused by this posting.

Sincerely,

Jonathan D. Cogan
212.488.1231