



## Solengo's Lawyers Strike Back: We Still Say Suck It.



We're not going to pretend we're shocked that Solengo Capital didn't exactly love our response to their request to remove their marketing brochure from their website. We figured sooner or later they'd get a lawyer to write us a letter threatening to revoke our license to practice the internet or something.

And we got it.

"The posting of this Offering Memorandum violates applicable copyright laws," the letter from the Solengo attorney at Kobre & Kim begins. "In any event, it contains information that is proprietary in nature about the company's future plans."

Sorry. No dice. We write about "information that is proprietary in nature" about the "future plans" of companies all the time, Solengo-nauts. It's what we do. It's called financial journalism.

To be perfectly straightforward, we were actually slightly nicer to Solengo than we've been letting on. When they first called us we called them back and asked which portions of the brochure they didn't want us to print, and gave them the chance to play ball. At this point, most folks might have been for them to offer us kind of scoop on Solengo or Brian Hunter. We're very reasonable, and pretty easy to talk to. They should ask their friends in the hedge fund world, if they have any left. This whole "talking off the record to journalists" is what sensible people do when they want to influence the way a story is printed. In politics they call it "spinning."

But they didn't go for it. They wanted to play tough, and made unreasonable demands that we remove everything—the brochure and the posting that went with it. And they gave us very bad reasons for why we should comply—mainly, the loony-tunes confidentiality theory.

Which is when we decided that the correct response to them was what Andrew Ross Sorkin describes as "an off-color two-word phrase that essentially means 'no way.'"

We called the lawyers for Solengo back, by the way. Got voicemail. So far, no-one has returned our call.

After the jump, you can check out the full letter from their lawyer. Spoiler: they bring out the big guns and warn that they "may be forced to go to court" to sue us.

**Search**

**Send us tips**

**Subscribe** (RSS/XML)

### Recent Comments

Wait a minute. The associated commentary is "defamatory and damaging to the reputation of Solengo
**Posted By:**

keep up the good fight dealbreaker!!!

**Posted By:** anon

What about applicable copyright law? Also loony-tunes?

**Posted By:** Anonymous

### Forum Posts

ultra-right Israeli blog received Best Blog award

Wholesale Distributor

picture

Anyone done biz...

New here

Hello, sort anoob here

home prices

Raters who Rate themselves and the investor who love them.

What's the best way to break into hedge funds?

Worst. Day. Ever.

### Most E-Mailed

Test Entry





Put your vizu web poll here

 

**By John Carney | 03.29.07 at 03:03 PM**



© 2006 - Dealbreaker.com - 262 Mott Street, Suite 102A, New York, NY 10012 | Privacy Policy | Terms of Service

## TrackBack

Use this Trackback URL for this entry:
http://www.dealbreaker.com/cgi-bin/mt-tb.cgi/6650

## Comments

What about applicable copyright law? Also loony-tunes?

Posted by: Anonymous | March 29, 2007 03:06 PM

keep up the good fight dealbreaker!!!

Posted by: anon | March 29, 2007 03:25 PM

Wait a minute. The associated commentary is "defamatory and damaging to the reputation of Solengo Capital and its principals". Hhmmmm.....

I think that a 6b bad bet on a Hurricane is a little more damaging to one's reputation.

Posted by: Anonymous | March 29, 2007 03:27 PM

## Post a comment

Name:

Email Address:

URL:

☐ Remember personal info?

Comments: (you may use HTML tags for style)

Preview  Post