

### The Famed Solengo Brochure

We posted this yesterday but it's not available through our old link (nor is it on FT Alphaville, or Naked Shorts, where it was previously...fishy indeed). So we're putting it up again as an easy to view image file. No downloading necessary. See especially: "Each fund contains margin restrictions and maximum capital restrictions to prevent serious liquidity and contagion risks from arising" and "Violation of restrictions eliminates ALL capital locks for investors in the fund," p.2. Though the pictures are our favorite parts, particularly the one of the flames, also p. 2 ("Our fund is on FIRE!"? "Investing in our fund will be like putting your money in a paper bag and lighting it on fire"? These things are so subjective).

Warning: This may blow up your browser to an unmanageable size but otherwise the files are rendered illegible. Forgive this formatting faux-pas.)



Search

**Send us tips**

**Subscribe** (RSS/XML)

### Recent Comments

This is the building in Cowtown.

http://www.space4lease.com/
**Posted By:** Anon

interesting that the address for Solengo in Calgary is near a strip mall a fair ways out from the
**Posted By:**

Pdf?

**Posted By:** pete

### Forum Posts

ultra-right Israeli blog received Best Blog award
Wholesale Distributor picture
Anyone done biz...
New here
Hello, sort anoob here
home prices
Raters who Rate themselves and the investor who love them.
What's the best way to break into hedge funds?
Worst. Day. Ever.

### Most E-Mailed

Test Entry
Hedge Fund Manager Reportedly Married His Daughter
CSFB's Very Own Eminem: Analyst Karaoke
Better Know A Trader: Timothy Sykes
Pirate Capital Refugees To Launch Fund
Being Brian Hunter
Morgan Stanley Scoops Up Two Value-Stock Asset Managers
Meanwhile, Over At Pirate Capital
How Not To Apply For A Banking Job
Those Paulson Twenties



Put your vizu web poll here

### The Playerbase

Frank Quattrone (1956) is a former investment banker at Credit Suisse First Boston who has been convicted of interfering with a government probe into Credit Suisse First Boston's behavior in allocating hot IPOs. The conviction was later overturned...

Edit    Search    Random

### Blogroll

AndyKessler.com
Bankers Ball
Blog Maverick
CrossingWallStreet.com
Daily Dose of Optimism
DealBook
DealFlow
DealScape
Digital Rules
Dr. John Rutledge Blog
Footnoted.org
Gary-Weiss.com
Going Private
HarrisonTalk
HedgeFolios
iBanking Oasis
Internet Outsider
Jeff Matthews Is Not Making This Up
John Bogle's Blog
Kaching Blog
Kudlow's Money Politic$

© 2006 - Dealbreaker.com - 262 Mott Street, Suite 102A, New York, NY 10012 | Privacy Policy | Terms of Service



**By Bess Levin | 03.28.07 at 02:14 PM**


## TrackBack

Use this Trackback URL for this entry:
http://www.dealbreaker.com/cgi-bin/mt-tb.cgi/6601

## Comments

Pdf?

Posted by: pete | March 28, 2007 03:44 PM

interesting that the address for Solengo in Calgary is near a strip mall a fair ways out from the city centre (ie. where the financial energy centre is located).

Posted by: Anonymous | March 28, 2007 03:51 PM

This is the building in Cowtown.

http://www.space4lease.com/main/results.asp?type=building&id=7519&uid=

Keeping a low profile, I see.

Posted by: Anon | March 28, 2007 04:13 PM

## Post a comment

Name:

Email Address:

URL:

☐ Remember personal info?

Comments: (you may use HTML tags for style)

[Preview] [Post]