UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x
SOLENGO CAPITAL ADVISORS ULC,

    Plaintiff,

    v.

DEALBREAKER, ELIZABETH SPIERS, JOHN
CARNEY, BESS LEVIN, JOHN DOE AND
JANE DOE

    Defendants.
---------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/4/07

07 Civ. 2657 (DLC) (KNF)
ECF Case

[PROPOSED] ORDER
DIRECTING THE FILING
OF SUPPORTING
DECLARATION
UNDER SEAL

Upon the Memorandum of Law Seeking Temporary Restraining Order ("the Memorandum of Law") and the supporting declarations of Brian Hunter, dated March 30, 2007, (the "Hunter Declaration") and Jonathan Cogan, dated April 1, 2007, and good and sufficient cause appearing therefore, it is hereby

ORDERED that the Clerk of the Court is directed to file the following pages of the Hunter Declaration under Seal on the ground that these pages contain copyrighted information, the disclosure of which would be imminently harmful to the Plaintiff, without prejudice to any application to unseal to be made by any defendant herein:

1.    Exhibit A – Pages 1 through 8;

2. Exhibit B — Pages 1 through 4;

3. Exhibit C — Pages 1 through 7.

ISSUED AT:

New York, New York

April 3, 2007

By: _____

UNITED STATES DISTRICT JUDGE