UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

SOLENGO CAPITAL ADVISORS ULC,

        Plaintiff,

        v.

DEALBREAKER, ELIZABETH SPIERS, JOHN CARNEY, BESS LEVIN, JOHN DOE AND JANE DOE,

        Defendants.

---------------------------------------------------------------x

07 Civ. 2657 (DLC) (KNF)

ECF Case

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                             ) ss.:
COUNTY OF NEW YORK  )

GREGORY A. LEWIS, being duly sworn, deposes and says:

    1. I am not a party to this action, am over 18 years of age and am employed by the law firm of Kobre & Kim LLP at 800 Third Avenue, New York, New York 10022.

2. On the 6th day of April 6, 2007, I served by hand four (4) copies of the following documents on Donald Thoresen, Managing Clerk and a representative of Edward H. Rosenthal, Esq. of Frankfurt Kurnit Klein & Selz, PC, 488 Madison Avenue, New York, New York 10022:

(1) Complaint;
(2) Summons;
(3) Rule 7.1 Disclosure Statement;
(4) Individual Practices in Civil Cases of Judge Denise L. Cote;
(5) Individual Practices of Magistrate Judge Kevin N. Fox;
(6) USDC/SDNY 3rd Amended Instructions for Filing an Electronic Case or Appeal;
(7) USDC/SDNY Procedures for Electronic Case Filing; and
(8) USDC/SDNY Guidelines for Electronic Case Filing.

3. Upon information and belief, Edward H. Rosenthal, Esq. is an agent authorized by appointment to receive service on behalf of Defendants DealBreaker, Elizabeth Spiers, John Carney, and Bess Levin in the above-captioned matter.

Dated: April 6, 2007
New York, New York

_____
Gregory A. Lewis
Analyst

Sworn to before me this

_6_ day of April, 2007

_____
Notary Public

**Justin M. Sher**
**Notary Public, State of New York**
Registration No. 02SH6114127
Qualified in New York County
Commission Expires 08/09/2008