UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

SOLENGO CAPITAL ADVISORS ULC,

        Plaintiff, : 07 Civ. 2657 (DLC) (KNF)

        v. : ECF Case

DEAD HORSE MEDIA LLC,
DEALBREAKER, ELIZABETH SPIERS, JOHN : **AFFIDAVIT OF SERVICE**
CARNEY, BESS LEVIN, JOHN DOE AND
JANE DOE,

        Defendants.

---------------------------------------------------------------x

STATE OF NEW YORK  )
                         ) ss.:
COUNTY OF NEW YORK  )

CHRISTEN M. MARTOSELLA, being duly sworn, deposes and says:

    1. I am not a party to this action, am over 18 years of age and am employed by the law firm of Kobre & Kim LLP at 800 Third Avenue, New York, New York 10022.

2. On the 11th day of May, 2007, I served by hand five (5) copies of the following documents on Rosemary Setteducato, Secretary and a representative of Edward H. Rosenthal, Esq. of Frankfurt Kurnit Klein & Selz, PC, 488 Madison Avenue, New York, New York 10022:

(1) Amended Complaint;
(2) Summons;
(3) Rule 7.1 Disclosure Statement;
(4) Individual Practices in Civil Cases of Judge Denise L. Cote;
(5) Individual Practices of Magistrate Judge Kevin N. Fox;
(6) USDC/SDNY 3rd Amended Instructions for Filing an Electronic Case or Appeal;
(7) USDC/SDNY Procedures for Electronic Case Filing; and
(8) USDC/SDNY Guidelines for Electronic Case Filing.

3. Upon information and belief, Edward H. Rosenthal, Esq. is an agent authorized by appointment to receive service on behalf of Defendants Dead Horse Media LLC, DealBreaker, Elizabeth Spiers, John Carney, and Bess Levin in the above-captioned matter.

Dated: May 11, 2007
New York, New York

_____
Christen M. Martosella
Analyst

Sworn to before me this

_11_ day of May, 2007

_____
Notary Public

Justin M. Sher
Notary Public, State of New York
Registration No. 02SH6114127
Qualified in New York County
Commission Expires 08/09/2008