USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/4/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SOLENGO CAPITAL ADVISORS ULC,

                Plaintiff,

v.

DEAD HORSE MEDIA LLC, DEALBREAKER,
ELIZABETH SPIERS, JOHN CARNEY, BESS
LEVIN, JOHN DOE AND JANE DOE,

                Defendants.

------------------------------------------------------------X

07 Civ. 2657 (DLC)
ECF Case

**AMENDED
PRELIMINARY
INJUNCTION ON
<u>CONSENT ORDER</u>**

Defendants Dead Horse Media LLC, DealBreaker, Spiers, Carney and Levin hereby agree that without admitting liability or waiving any right, remedy or defense in this action, they will refrain from posting the Solengo investor prospectus on their website or otherwise distributing it pending final disposition of this action.

                IT IS SO ORDERED:

Dated: May 4, 2007

                                          _____
                                          United States District Judge

APPROVED AS TO FORM:

KOBRE & KIM LLP.
Jonathan D. Cogan (JC-4474)
800 Third Avenue
New York, NY 10022
Tel. 212-488-1200
Fax. 212-488-1220
*Attorneys For Plaintiff*

Dated: May 8, 2007    BY: _____
                         Jonathan D. Cogan

FRANKFURT KURNIT KLEIN & SELZ PC
Edward H. Rosenthal (ER-8022)
488 Madison Avenue
New York, NY 10022
Tel. 212 826-5524
Fax. 212 593-9175
*Attorneys for Defendants Dead Horse Media LLC,
DealBreaker, Elizabeth Spiers, John Carney, and
Bess Levin*

Dated: May __ 2007    BY: _____
                         Edward Rosenthal