USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/14/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SOLENGO CAPITAL ADVISORS ULC,    07 Civ. 2657 (DLC)

         Plaintiff,    **STIPULATION**

    v.

DEAD HORSE MEDIA LLC, DEALBREAKER,
ELIZABETH SPIERS, JOHN CARNEY, BESS
LEVIN, JOHN DOE AND JANE DOE,

         Defendants.

------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the parties herein, that defendants' time to respond to the amended complaint in this action is extended to and including May 22, 2007.

KOBRE & KIM LLP.

By: _____
Jonathan D. Cogan (JC-4474)
800 Third Avenue
New York, New York 10022
Tel. 212 488-1200
Fax. 212 488-1220

Attorneys for Plaintiff

FRANKFURT KURNIT KLEIN & SELZ, P.C.

By: _____
Edward H. Rosenthal (ER-8022)
488 Madison Avenue
New York, New York 10022
Tel. (212) 980-0120
Fax. (212) 593-9175

Attorneys for Defendants

IT IS SO ORDERED:

_____
United States District Judge

May 14, 2007