UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
SOLENGO CAPITAL ADVISORS ULC,

      Plaintiff,

          v.

DEAD HORSE MEDIA LLC,
DEALBREAKER, ELIZABETH SPIERS, JOHN
CARNEY, BESS LEVIN, JOHN DOE AND
JANE DOE,

      Defendants.
---------------------------------------------------------------x

07 Civ. 2657 (DLC) (KNF)
ECF Case

**DECLARATION OF
JONATHAN D. COGAN**

JONATHAN D. COGAN, pursuant to 28 U.S.C. § 1746, hereby declares under the penalties of perjury that the following statements are true and correct:

1. I am an attorney from the law firm of Kobre & Kim LLP and am admitted to practice in the Southern District of New York. In this action, I represent plaintiff Solengo Capital Advisors ULC.

2. On the 14th day of May, 2007, I served via electronic transmission the following documents on Edward H. Rosenthal, Esq. of Frankfurt Kurnit Klein & Selz, PC, 488 Madison Avenue, New York, New York 10022:

    (1) Notice of Initial Pretrial Conference; and

    (2) Individual Practices in Civil Cases of Judge Denise L. Cote.

3. Prior to service of the above-referenced documents, Edward H. Rosenthal, Esq. consented in writing to service via electronic transmission.

4. Upon information and belief, Edward H. Rosenthal, Esq. is an agent authorized by appointment to receive service on behalf of Defendants Dead Horse Media LLC, DealBreaker, Elizabeth Spiers, John Carney, and Bess Levin in the above-captioned matter.

5. I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed the fifteenth day of May, 2007, at New York, New York.

							_____
							Jonathan D. Cogan