Edward H. Rosenthal (ER-8022)
Lia N. Brooks (LB-0618)
FRANKFURT KURNIT KLEIN & SELZ, P.C.
488 Madison Avenue
New York, New York 10022
Tel.: 212-980-0120
Fax: 212-593-9175
*Attorneys for Defendants Dealbreaker, Elizabeth Spiers, John Carney, and Bess Levin*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X

SOLENGO CAPITAL ADVISORS ULC,

        Plaintiff,

-against-

DEALBREAKER, ELIZABETH SPIERS, JOHN CARNEY, BESS LEVIN, JOHN DOE AND JANE DOE,

        Defendants.

------------------------------------- X

07 CV 2657 (DLC)

**NOTICE OF
MOTION TO DISMISS**

PLEASE TAKE NOTICE that upon the annexed declaration of Edward H. Rosenthal dated May 24, 2007, the attached documents and exhibits, and the accompanying Memorandum of Law, Defendants Dealbreaker, Elizabeth Spiers, John Carney, and Bess Levin will move this Court, pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, at the United States Courthouse, located at 500 Pearl Street, New York, New York, at a date and time to be determined, for a judgment dismissing Plaintiff's Amended Complaint and for such other and further relief as may be just, proper and equitable.

FKKS: 323513 v1

15084.700

Dated: New York, New York
May 24, 2006

                            FRANKFURT KURNIT KLEIN & SELZ, P.C.

                            By: _____
                                Edward H. Rosenthal (ER-8022)
                                Lia N. Brooks (LB-0618)

                            488 Madison Avenue
                            New York, New York 10022
                            Tel.: 212-980-0120
                            Fax: 212-593-9175
                            *Attorneys for Defendants Dealbreaker, Elizabeth*
                            *Spiers, John Carney, and Bess Levin*

TO:    Jonathan D. Cogan
        Kobre & Kim LLP
        800 Third Avenue
        New York, New York 10022
        Telephone: 212-488-1200
        Facsimile: 212-488-1220
        *Attorneys for Plaintiff Solengo Capital Advisors ULC*