**EXHIBIT D**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------X

SOLENGO CAPITAL ADVISORS ULC,    :    index No.    *15084·700*

              Plaintiff,    :    **PRELIMINARY**

                     :    **INJUNCTION ON**

        v.    :    **CONSENT**

DEALBREAKER, ELIZABETH SPIERS,    :
JOHN CARNEY, BESS LEVIN, JOHN    :
DOE AND JANE DOE,    :

             Defendants.    :

---------------------------------------------------X

      Defendants Dealbreaker, Spiers, Carney and Levin hereby agree that without

admitting liability or waiving any right, remedy or defense in this action, they will:

      1.  Immediately remove the Solengo investor prospectus (the "Document")

          from the dealbreaker.com website;  and

      2.  Refrain from posting the Document or otherwise distributing it pending

          final disposition of this action.

                         **IT IS SO ORDERED:**

Dated: April 2, 2007      _____
                                United States District Judge

APPROVED AS TO FORM:

KOBRE & KIM LLP.
Jonathan D. Cogan (JC-4474)
800 Third Avenue
New York, NY 10022
Tel. 212-488-1200
Fax. 212-488-1220
*Attorneys For Plaintiff*

Dated: April 2, 2007    BY: _____
                          Jonathan D. Cogan

FRANKFURT KURNIT KLEIN & SELZ PC
Edward H. Rosenthal (ER-8022)
488 MADISON AVENUE
NEW YORK, NY 10022
Tel. 212 826-5524
Fax. 212 593-9175
*Attorneys for DefendantsDealbreaker, Elizabeth*
*Spiers, John Carney, and Bess Levin*

Dated: April 2 2007    BY: _____
                          Edward Rosenthal