1085.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

SOLENGO CAPITAL ADVISORS ULC,  :  07 Civ. 2657 (DLC)

          Plaintiff,  :  **STIPULATION**

    v.

DEAD HORSE MEDIA LLC, DEALBREAKER,  :
ELIZABETH SPIERS, JOHN CARNEY, BESS  :
LEVIN, JOHN DOE AND JANE DOE,

          Defendants.
----------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/24/07
```

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for

the parties herein, that defendants' time to respond to the amended complaint in this

action is extended to and including May 25, 2007.

| KOBRE & KIM LLP. | FRANKFURT KURNIT KLEIN & SELZ, P.C. |
|---|---|
| By: _____ | By: _____ |
| Jonathan D. Cogan (JC-4474) | Edward H. Rosenthal (ER-8022) |
| 800 Third Avenue | 488 Madison Avenue |
| New York, New York 10022 | New York, New York 10022 |
| Tel. 212 488-1200 | Tel. (212) 980-0120 |
| Fax. 212 488-1220 | Fax. (212) 593-9175 |
| Attorneys for Plaintiff | Attorneys for Defendants |

IT IS SO ORDERED:

_____
United States District Judge

May 23, 2007

FKKS: 123080.v2                                                   15084.700