Edward H. Rosenthal (ER-8022)
Lia N. Brooks (LB-0618)
FRANKFURT KURNIT KLEIN & SELZ, P.C.
488 Madison Avenue
New York, New York 10022
Tel.: 212-980-0120
Fax: 212-593-9175
*Attorneys for Defendants Dead Horse Media LLC, Dealbreaker, Elizabeth Spiers, John Carney, and Bess Levin*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------- X
SOLENGO CAPITAL ADVISORS ULC,

          Plaintiff,

-against-

DEAD HORSE MEDIA LLC, DEALBREAKER,
ELIZABETH SPIERS, JOHN CARNEY, BESS LEVIN,
JOHN DOE AND JANE DOE,

          Defendants.
------------------------------------------------- X

07 CV 2657 (DLC)

**CORRECTED NOTICE OF MOTION TO DISMISS**

PLEASE TAKE NOTICE that upon the annexed corrected declaration of Edward H. Rosenthal dated May 30, 2007, the attached documents and exhibits, and the accompanying corrected memorandum of law, Defendants Dead Horse Media LLC, Dealbreaker, Elizabeth Spiers, John Carney, and Bess Levin will move this Court, pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, at the United States Courthouse, located at 500 Pearl Street, New York, New York, at a date and time to be determined, for a judgment dismissing Plaintiff's Amended Complaint and for such other and further relief as may be just, proper and equitable.

Dated: New York, New York
       May 30, 2006

                                        FRANKFURT KURNIT KLEIN & SELZ, P.C.

                                        By: /s/ Edward H. Rosenthal
                                            Edward H. Rosenthal (ER-8022)
                                            Lia N. Brooks (LB-0618)

                                        488 Madison Avenue
                                        New York, New York 10022
                                        Tel.: 212-980-0120
                                        Fax: 212-593-9175
                                        *Attorneys for Defendants Dead Horse Media LLC,
                                        Dealbreaker, Elizabeth Spiers, John Carney, and
                                        Bess Levin*

TO:   Jonathan D. Cogan
      Kobre & Kim LLP
      800 Third Avenue
      New York, New York 10022
      Telephone: 212-488-1200
      Facsimile: 212-488-1220
      *Attorneys for Plaintiff Solengo Capital Advisors ULC*