**EXHIBIT D**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

SOLENGO CAPITAL ADVISORS ULC,

                Plaintiff,

v.

DEALBREAKER, ELIZABETH SPIERS,
JOHN CARNEY, BESS LEVIN, JOHN
DOE AND JANE DOE,

                Defendants.
-----------------------------------------------------------X

Index No. 15084.700

**PRELIMINARY INJUNCTION ON CONSENT**

Defendants Dealbreaker, Spiers, Carney and Levin hereby agree that without admitting liability or waiving any right, remedy or defense in this action, they will:

1. Immediately remove the Solengo investor prospectus (the "Document") from the dealbreaker.com website; and

2. Refrain from posting the Document or otherwise distributing it pending final disposition of this action.

IT IS SO ORDERED:

Dated: April 2, 2007

_____
United States District Judge

FKKS 318537.v1

15084.100

APPROVED AS TO FORM:

KOBRE & KIM LLP.
Jonathan D. Cogan (JC-4474)
800 Third Avenue
New York, NY 10022
Tel. 212-488-1200
Fax. 212-488-1220
*Attorneys For Plaintiff*

Dated: April 2, 2007  BY: _____
                          Jonathan D. Cogan

FRANKFURT KURNIT KLEIN & SELZ PC
Edward H. Rosenthal (ER-8022)
488 MADISON AVENUE
NEW YORK, NY 10022
Tel. 212 826-5524
Fax. 212 593-9175
*Attorneys for DefendantsDealbreaker, Elizabeth Spiers, John Carney, and Bess Levin*

Dated: April 2, 2007  BY: _____
                          Edward Rosenthal