Edward H. Rosenthal (ER-8022)
Lia N. Brooks (LB-0618)
FRANKFURT KURNIT KLEIN & SELZ, P.C.
488 Madison Avenue
New York, New York 10022
Tel.: 212-980-0120
Fax: 212-593-9175
*Attorneys for Defendants Dead Horse Media LLC, Dealbreaker, Elizabeth Spiers, John Carney, and Bess Levin*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

SOLENGO CAPITAL ADVISORS ULC,

        Plaintiff,

-against-

DEAD HORSE MEDIA LLC, DEALBREAKER,
ELIZABETH SPIERS, JOHN CARNEY, BESS LEVIN,
JOHN DOE AND JANE DOE,

        Defendants.
------------------------------------X

07 CV 2657 (DLC)

**RULE 7.1
DISCLOSURE
STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Dead Horse Media LLC is a limited liability company partially owned by Darkstar Capital Partners, LLC, which is a privately owned limited liability company. No shares of Dead Horse Media LLC or Darkstar Capital Partners, LLC are publicly traded. No publicly held corporation owns 10% or more of the stock of either such entity. Dead Horse Media LLC operates the website at www.dealbreaker.com. "Dealbreaker" is not itself a corporate entity.

Dated: New York, New York
      May 31, 2006

FRANKFURT KURNIT KLEIN & SELZ, P.C.

By: /s/ Edward H. Rosenthal
Edward H. Rosenthal (ER-8022)
Lia N. Brooks (LB-0618)

488 Madison Avenue
New York, New York 10022
Tel.: 212-980-0120
Fax: 212-593-9175
*Attorneys for Defendants Dead Horse Media LLC,
Dealbreaker, Elizabeth Spiers, John Carney, and
Bess Levin*

TO: Jonathan D. Cogan
Kobre & Kim LLP
800 Third Avenue
New York, New York 10022
Telephone: 212-488-1200
Facsimile: 212-488-1220
*Attorneys for Plaintiff Solengo Capital Advisors ULC*