```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
SOLENGO CAPITAL ADVISORS ULC,            :
                    Plaintiff,           :
                                         :     07 Civ. 2657 (DLC)
          -v-                            :
                                         :         ORDER
DEAD HORSE MEDIA LLC, DEALBREAKER,       :
ELIZABETH SPIERS, JOHN CARNEY, BESS      :
LEVIN, JOHN DOE AND JANE DOE,            :
                    Defendants.          :
                                         :
-----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/6/07

DENISE COTE, District Judge:

On May 24, 2007, defendants dead Horse Media LLC, Dealbreaker, Elizabeth Spiers, John Carney, and Bess Levin filed a motion to dismiss the plaintiff's amended complaint. On May 30, the defendants filed a corrected motion to dismiss. Today, the Court so ordered a stipulation extending the deadline for the plaintiff's opposition to the motion to dismiss to June 25. It is hereby

ORDERED that the defendants' reply, if any, must be submitted by July 2.

SO ORDERED.

Dated:   New York, New York
         June 6, 2007

                              /s/ Denise Cote
                         _____
                              DENISE COTE
                         United States District Judge