Cases.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x
SOLENGO CAPITAL ADVISORS ULC,

    Plaintiff,

    v.

DEAD HORSE MEDIA LLC, DEALBREAKER,
ELIZABETH SPIERS, JOHN CARNEY, BESS
LEVIN, JOHN DOE AND JANE DOE,

    Defendants.
---------------------------------------x

07 Civ. 2657 (DLC) (KNF)
ECF Case

**STIPULATION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/6/07

It is hereby stipulated and agreed, by and between the parties herein, that Plaintiff's time to respond to the Motion to Dismiss in this action is extended to and including June 25, 2007.

KOBRE & KIM LLP

By: _____

Jonathan D. Cogan (JC-4474)
800 Third Avenue
New York, New York 10022
Tel. (212) 488-1200
Fax (212) 488-1220

Attorneys for Plaintiff

FRANKFURT KURNIT KLEIN & SELZ, P.C.

By: _____

Edward H. Rosenthal (ER-8022)
488 Madison Avenue
New York, New York 10022
Tel. (212) 980-0120
Fax (212) 593-9175

Attorneys for Defendants

IT IS SO ORDERED:

_____
United States District Judge

June 6, 2007