# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

SOLENGO CAPITAL ADVISORS ULC,

        Plaintiff,

  -against-

DEAD HORSE MEDIA LLC, DEALBREAKER,
ELIZABETH SPIERS, JOHN CARNEY, BESS
LEVIN, JOHN DOE AND JANE DOE,

        Defendants.

**APPEARANCE**

Case Number: 07 Civ. 2657 (DLC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

    Defendants Dead Horse Media LLC, Dealbreaker, Elizabeth Spiers, John Carney and Bess Levin

I certify that I am admitted to practice in this court.

| June 7, 2007 | _[signature]_ |
|---|---|
| Date | Signature |
| | Lia N. Brooks      (LB-0618) |
| | Print Name      Bar Number |
| | 488 Madison Avenue |
| | Address |
| | New York,    NY    10022 |
| | City    State    Zip Code |
| | (212) 980-0120     (212) 593-9175 |
| | Phone Number     Fax Number |