UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                           :
SOLENGO CAPITAL ADVISORS ULC,              :
                        Plaintiff,         :
                                           :    07 Civ. 2657 (DLC)
        -v-                                :
                                           :          ORDER
DEAD HORSE MEDIA LLC, DEALBREAKER,         :
ELIZABETH SPIERS, JOHN CARNEY, BESS        :
LEVIN, JOHN DOE AND JANE DOE,              :
                        Defendants.        :
                                           :
-------------------------------------------X

DENISE COTE, District Judge:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/6/07

     On May 24, 2007, defendants dead Horse Media LLC,

Dealbreaker, Elizabeth Spiers, John Carney, and Bess Levin filed

a motion to dismiss the plaintiff's amended complaint.  On May

30, the defendants filed a corrected motion to dismiss.  Today,

the Court so ordered a stipulation extending the deadline for

the plaintiff's opposition to the motion to dismiss to June 25.

It is hereby

     ORDERED that the defendants' reply, if any, must be

submitted by July 2.

     SO ORDERED.

Dated:    New York, New York
          June 6, 2007

                              _____
                              DENISE COTE
                              United States District Judge