FRANKFURT KURNIT KLEIN & SELZ pc

**MEMO ENDORSED**

488 Madison Avenue
New York, New York 10022
Tel: (212) 980-0120
Fax: (212) 593-9175

Edward H. Rosenthal
Direct: (212) 826-5524
e-mail: erosenthal@fkks.com

June 8, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/12/07

**BY HAND**

Hon. Denise L. Cote
United States District Judge
United States District Court
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1040
New York, New York 10007

   Re: Solengo Capital Advisors ULC vs. Dead Horse Media LLC, et. al.
     (07 Civ. 2657 (DLC))

Dear Judge Cote:

  We represent the Defendants in the above-captioned action. On May 24, 2007, Defendants filed a motion to dismiss this action on the ground that Plaintiff's lack of copyright registration deprives the Court of subject matter jurisdiction. Plaintiff has applied for but not obtained registration. By stipulation signed by the Court on June 7, 2007, Plaintiff's response is due June 25, 2007, and Defendants' reply is due July 2, 2007.

  In light of the pending motion to dismiss, we would like to request that the Court adjourn the status conference that is currently scheduled for June 15, 2007. We have consulted with the attorney for the Plaintiff, Jonathan Cogan, and he does not oppose this request. There have been no previous requests for an adjournment of this conference.

  Thank you for your consideration.

*Conference is adjourned sine die.*
*/s/ Denise Cote*
*June 12, 2007*

Respectfully submitted,

Edward H. Rosenthal

cc: Jonathan D. Cogan, Esq. (via email)

FKKS: 324764.v1                             15084.700