UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
SOLENGO CAPITAL ADVISORS ULC,

    Plaintiff,

        v.

DEAD HORSE MEDIA LLC, DEALBREAKER,
ELIZABETH SPIERS, JOHN CARNEY, BESS
LEVIN, JOHN DOE AND JANE DOE,

    Defendants.
---------------------------------------------------------x

07 Civ. 2657 (DLC)
ECF Case

**DECLARATION OF
<u>JONATHAN D. COGAN</u>**

JONATHAN D. COGAN, pursuant to 28 U.S.C. § 1746, hereby declares under the penalties of perjury that the following statements are true and correct:

1. I am an attorney from the law firm of Kobre & Kim LLP and am admitted to practice in the United States District Court for the Southern District of New York. In this action, I represent plaintiff Solengo Capital Advisors ULC ("Solengo") and submit this declaration in support of Solengo's memorandum of law in opposition to the Defendants' Motion to Dismiss.

2. Attached as Exhibit A is a true and correct copy of Solengo's certificate of registration for the Solengo Investor Prospectus, as issued by the Copyright Office on June 7, 2007.

3. Attached as Exhibit B is a true and correct copy of a DealBreaker.com posting entitled "Solengo's Lawyers Strike Back: We Still Say Suck It," as captured from the Internet on or around March 30, 2007 at 12:59 p.m.

4. Attached as Exhibit C is a true and correct copy of a DealBreaker.com posting entitled "Solengo Seeks Court Order To Strip DealBreaker Of Brochure," as captured from the Internet on or around April 1, 2007 at 11:37 a.m.

5. I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed the 25th day of June, 2007, at New York, New York.

_____
Jonathan D. Cogan