**EXHIBIT C**



 

## Solengo Seeks Court Order To Strip DealBreaker Of Brochure

 Lawyers for the hedge fund Solengo Capital say they will seek a court order barring DealBreaker from including its marketing brochure in our reporting. DealBreaker learned that Solengo will seek the order a few minutes ago when a a lawyer from Kobre Kim, which represents Solengo, called our Soho headquarters.

Solengo claims, through its lawyers, that DealBreaker's coverage of the marketing materials infringes on the hedge fund's copyright. DealBreaker believes that its use of the materials for news reporting purposes is protected as "fair use" under the copyright laws.

Solengo's lawyers told DealBreaker they will seek a temporary restraining order against John Carney, Bess Levin, Elizabeth Spiers and "persons unknown" to prevent the continued publication of the brochure on the website.

Solengo Capital is a hedge fund started by traders from the collapsed Amaranth Advisors. It has reportedly been seeking capital from investors. Last night on CNBC's "On The Money," Charlie Gasparino said that he had heard much of the initial capital was coming from Saudis. The Solengo traders specialize in commodities, and are headlined by Brian Hunter, the energy trader whose bets on natural gas futures reportedly brought down Amaranth.

DealBreaker included the marketing materials as part of its reporting on the launch of the new fund. The quick return to the hedge fund world by traders associated with Amaranth has provoked interest and controversy. A combination of secretive habits and SEC rules intended to protect the public from predatory practices has meant that the public rarely gets to see the materials hedge funds use to promote themselves to their wealthy investors. The appearance of the brochure on DealBreaker's website may be the first time many in the public have had a first-hand glimpse at the fund raising activities of a hedge fund.

A call to Solengo's attorneys seeking further clarification went unreturned at the time of this posting.

This is officially getting exciting!

**Update:** Here is a link to the famed Solegno marketing brochure.

**Update:** We received a call from **Kobre & Kim**, Solegno's attorneys, demanding one last time that we remove the brochure. We once again declined. They informed us that they intend to seek the temporary restraining order this afternoon.

**Update:** Read the latest Solengo Capital news on our special Weekend Update page!

 

**By John Carney | 03.30.07 at 02:31 PM**

Search: [_____]
[Search]

**Send us tips**

**Subscribe** (RSS/XML)

Recent Comments

Solegno did a pretty good job of covering the cardinal stock photography cliches.

**Posted By:** Zbignew

Wow. Amazingly boring stuff. Looks just like every other piece of fund marketing material I've ev
**Posted By:** Yawn

who's dealbreaker's counsel?

**Posted By:** anon

gotcha, send it to tips at dealbreaker.com.

**Posted By:** anonymous

Have they sent a restraining order? By the way, how does one "restrain" a blog anyway? It sounds
**Posted By:**

i have the rentech ppm's for all of their funds. and i am so tempted.

**Posted By:** gotcha

voiceoftheemployee: can you send a copy to me at also at swordfishstan (at) gmail

t
**Posted By:** swordfish

anon 4:13: yeah but not on a friday @ 4:18pm.... nxt





Put your vizu web poll here

## TrackBack

Use this Trackback URL for this entry:
http://www.dealbreaker.com/cgi-bin/mt-tb.cgi/6697

## Comments

go Dealbreaker go!

Posted by: anonymouse | March 30, 2007 02:59 PM

So the Kobra Kai's are back?! Be careful they don't try to sweep the leg.

Posted by: Credit Junkie | March 30, 2007 03:09 PM

Put 'em in a body bag Carney!

/still funny the 2nd time.

Posted by: PBateman | March 30, 2007 03:15 PM

I don't know why their brochure didn't include a picture of the guy holding a big fish?

Posted by: Bend5 | March 30, 2007 03:17 PM

"I don't know why their brochure didn't include a picture of the guy holding a big fish?"

I think if they had done that, Dealbreaker would have given them a pass for being good sports.

Posted by: Booya | March 30, 2007 03:25 PM

They say you're nobody until a ravenous pack of Wall Street lawyers start chewing on your balls.

Dealbreaker, I salute you!

Posted by: snapfinger | March 30, 2007 03:26 PM

Do you guys have any DE Shaw or Renaissance Technologies brochures kicking around? I would love to know more about what the competition is up to.

Posted by: anonymous | March 30, 2007 03:42 PM

i have a rentech mkting doc. for their latest long/short fund. only a hard copy though.....

Posted by: voiceoftheemployee | March 30, 2007 04:05 PM

so long as you are mixing it up, would you mind posting a non-blow up to huge proportions version of the brochure?

maybe a pdf or something.

so i can carry it around on my blackjack.

Posted by: Anonymous | March 30, 2007 04:06 PM

---

I don't think they'll be in desco or rentec's level for a while, but if Brian puts his mind to it... watch out

Posted by: anonymous | March 30, 2007 04:10 PM

---

voiceoftheemployee, can you scan and upload it?

Posted by: anonymous | March 30, 2007 04:13 PM

---

Johnny NoBalls must be their securities lawyer. It's not even the PPM that's on display. You should counterclaim for placement fees.

Posted by: Percy Walker | March 30, 2007 04:17 PM

---

Fin Alternatives has it in pdf form, you have to register for the site, but its free. It's all the way on the bottom of this page.
http://www.finalternatives.com/node/1397

Posted by: Anonymous | March 30, 2007 04:17 PM

---

anon 4:13: yeah but not on a friday @ 4:18pm.... nxt week..some juicy bits about their many fee structures, prop. technolgy, and army of Phd code crackers that create the systems....

Posted by: voiceoftheemployee | March 30, 2007 04:22 PM

---

voiceoftheemployee:
can you send a copy to me at also at swordfishstan (at) gmail

thanks!

Posted by: swordfish | March 30, 2007 04:34 PM

---

i have the rentech ppm's for all of their funds. and i am so tempted.

Posted by: gotcha | March 30, 2007 04:36 PM

---

Have they sent a restraining order? By the way, how does one "restrain" a blog anyway? It sounds a little kinky to me.

Posted by: Anonymous | March 30, 2007 04:42 PM

---

gotcha, send it to tips at dealbreaker.com.

Posted by: anonymous | March 30, 2007 04:50 PM

---

who's dealbreaker's counsel?

Posted by: anon | March 30, 2007 04:55 PM

---

Wow. Amazingly boring stuff. Looks just like every other piece of fund marketing material I've ever seen.

© 2006 - Dealbreaker.com - 262 Mott Street, Suite 102A, New York, NY 10012 | Privacy Policy | Terms of Service

Posted by: Yawn | March 30, 2007 10:36 PM

Solegno did a pretty good job of covering the cardinal stock photography cliches.

http://www.fortymedia.com/blog/post/20

But they missed the handshake and the flirty receptionist with the headset. If they're going after the arabs, they better make sure she's blonde.

Posted by: Zbignew | March 31, 2007 12:37 AM

## Post a comment

Name:

Email Address:

URL:

☐ Remember personal info?

Comments: (you may use HTML tags for style)

Preview   Post