**MEMO ENDORSED**

**FRANKFURT KURNIT KLEIN & SELZ** PC

488 Madison Avenue
New York, New York 10022
Tel: (212) 980-0120
Fax: (212) 593-9175

Edward H. Rosenthal
Direct: (212) 826-5524
e-mail: erosenthal@fkks.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/29/07

June 28, 2007

**BY OVERNIGHT DELIVERY**

Hon. Denise L. Cote
United States District Judge
United States District Court
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1040
New York, New York 10007

      Re:   <u>Solengo Capital Advisors ULC vs. Dead Horse Media LLC, et. al.</u>
             <u>(07 Civ. 2657 (DLC))</u>

Dear Judge Cote:

     We represent the Defendants in the above-captioned action. On May 24, 2007, Defendants filed a motion to dismiss this action on the ground that Plaintiff's lack of copyright registration deprived the Court of subject matter jurisdiction because Plaintiff had applied for but not obtained registration. Plaintiff served opposition papers to the motion to dismiss on June 25, 2007. In those papers, Plaintiff states that it received a certificate of registration from the Copyright Office on June 7, 2007.

     In light of the evidence that Plaintiff has obtained a copyright registration, Defendants hereby withdraw their motion to dismiss. Counsel for all parties have agreed that, with the Court's consent, Defendants shall have until July 13, 2007 to answer the Amended Complaint. Thank you for your consideration.

                                    Respectfully submitted,

                                    Edward H. Rosenthal

cc:     Jonathan D. Cogan, Esq. (via email)

*The motion is dismissed as withdrawn.*
*Denise Cote*
*June 29, 2007*

FKKS: 327039.v1                                                                15084.700