UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUL 0 6 2007

U.S.D.C. S.D.N.Y
CASHIERS

---------------------------------------------------x

SOLENGO CAPITAL ADVISORS ULC,

        Plaintiff,

             v.

DEAD HORSE MEDIA LLC,
DEALBREAKER, ELIZABETH SPIERS, JOHN
CARNEY, BESS LEVIN, JOHN DOE AND
JANE DOE,

        Defendants.

---------------------------------------------------x

: 07 Civ. 2657 (DLC) (KNF)

: ECF Case

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK  )

CHRISTEN M. MARTOSELLA, being duly sworn, deposes and says:

    1. I am not a party to this action, am over 18 years of age and am employed by the

law firm of Kobre & Kim LLP at 800 Third Avenue, New York, New York 10022.

2.  On the 6th day of July, 2007, I served by hand five (5) copies of the following documents on Lia N. Brooks, Esq. of Frankfurt Kurnit Klein & Selz, PC, 488 Madison Avenue, New York, New York 10022:

> (1) Second Amended Complaint;
> (2) Rule 7.1 Disclosure Statement;
> (3) Individual Practices in Civil Cases of Judge Denise L. Cote;
> (4) Individual Practices of Magistrate Judge Kevin N. Fox;
> (5) USDC/SDNY 3[rd] Amended Instructions for Filing an Electronic Case or Appeal;
> (6) USDC/SDNY Procedures for Electronic Case Filing; and
> (7) USDC/SDNY Guidelines for Electronic Case Filing.

3.  Upon information and belief, Lia N. Brooks, Esq. is an agent authorized by appointment to receive service on behalf of Defendants Dead Horse Media LLC, DealBreaker, Elizabeth Spiers, John Carney, and Bess Levin in the above-captioned matter.

Dated: July 6, 2007
       New York, New York

Christen M. Martosella
Analyst