```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
SOLENGO CAPITAL ADVISORS ULC,        :
                                     :    07 CIV. 2657 (DLC)
               Plaintiff,            :
                                     :    PRETRIAL
          -v-                        :    SCHEDULING ORDER
                                     :
DEAD HORSE MEDIA LLC, DEALBREAKER,   :
ELIZABETH SPIERS, JOHN CARNEY, BESS  :
LEVIN, JOHN DOE, and JANE DOE,       :
                                     :
               Defendants.           :
                                     :
-------------------------------------X
```

DENISE COTE, District Judge:

As set forth at the pretrial conference held pursuant to Rule 16, Fed.R.Civ.P., on July 27, 2007, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1. The parties are instructed to contact the chambers of Magistrate Judge Kevin N. Fox prior to **August 3, 2007** in order to pursue settlement discussions under his supervision.

2. The parties shall comply with their Rule 26(a)(1), Fed.R.Civ.P., initial disclosure obligations by **August 17, 2007**.

3. All fact discovery must be completed by **December 14, 2007.**

4. By **December 14, 2007**, counsel shall inform the Court by letter as to whether they are offering expert reports.

5. The Joint Pretrial Order must be filed by **January 18, 2008.**

   As described in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Proposed Findings of Fact and Conclusions of Law and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter.

1

All direct testimony except for testimony of an adverse party, a person whose attendance must be compelled by subpoena, or a witness for whom a party has requested and the Court has agreed to hear the direct testimony at trial, shall be submitted by affidavits served, **but not filed**, with the Joint Pretrial Order.

Those portions of depositions that are being offered as substantive evidence, along with a one page synopsis (with transcript citations) of such testimony for each deposition, shall be exchanged at the time the Pretrial Order is filed.

Three days after submission of the affidavits, counsel for each party shall submit a list of all affiants that he or she intends to cross-examine at the trial. Affiants for whom such notice is not given are not required to be present at trial.

Counsel will provide the Court with a one (1) courtesy copy of all these documents at the time they are served, as well as two sets of pre-marked exhibits assembled sequentially i) in a looseleaf binder, or ii) in separate manila folders labelled with the exhibit numbers and placed in a suitable container or box for ready reference.

SO ORDERED:

Dated: New York, New York
July 31, 2007

_____
DENISE COTE
United States District Judge